# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2005

128161(66)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

RAYMOND A. MCCULLER,
     Defendant-Appellant.

_____

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC:    128161
CoA:  250000
Oakland CC: 02-183044-FH

On order of the Chief Justice, the motion by defendant-appellant for extension to January 17, 2006 of the time for filing his supplemental brief is GRANTED. The Clerk is directed to reschedule the oral argument for the March, 2006 Session.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2005

_____
Clerk